IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

V.  Case No. 7:19-CR-1097

JONATHAN WILLIAMS,

    DEFENDANT

## DEFENDANT JONATHAN WILLIAMS' MOTION TO ALLOW COUNSEL TO USE LAPTOP AND CELL PHONE DURING TRIAL

TO THE HONORABLE RANDY CRANE:

The Defendant in the above styled and numbered cause, Jonathan Williams, respectfully requests that this Court allow counsel to use his laptop and cell phone during trial. In support, Mr. Williams shows the following:

Local rules currently prohibit counsel from taking his cell phone and laptop into the Federal Court Building. Counsel needs his laptop during trial for several reasons including, but not limited to: filing last minute pre-trial motions, researching case law during trial, filing half-time motions, preparing jury instruction, checking calendars.

Counsel needs his cell phone in order to connect his laptop to the internet.

Counsel discussed this motion with AUSA Patricia Profit and she is not opposed.

        Respectfully Submitted,

        /s/ Carlos Moctezuma Garcia
        Carlos Moctezuma Garcia
        Texas State Bar Number:  24065265

GARCIA & GARCIA ATTORNEYS AT LAW
P.O. Box 4545
McAllen, TX 78502
Telephone: (956) 630-3889
Fax: (956) 630-3899

Attorney for the Defendant,
Jonathan Williams

## **CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Defendant Jonathan Williams' Motion to Allow Counsel to Use Laptop and Cell Phone During Trial was emailed to Patricia Profit, Assistant United States Attorney on the 9th day of November, 2020.

/s/ Carlos Moctezuma Garcia
Carlos Moctezuma Garcia